UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICKEY ELLIS CONLEY, et al., | ) |
| Plaintiffs, | ) Case No. 1:05-cv-406 |
| v. | ) Honorable Robert Holmes Bell |
| JOHN H. AGGELER, | ) |
| | ) **ORDER** |
| Defendant. | ) |

In accordance with the memorandum opinion issued herewith,

IT IS ORDERED that defendant's objections (docket # 42) are OVERRULED.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (docket # 38) is ADOPTED as the court's opinion.

IT IS FURTHER ORDERED that defendant's motions to dismiss for lack of jurisdiction (docket #'s 24, 33) are DENIED.

Date:   February 24, 2006            /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE